**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

July 2, 2012

**LETTER OPINION & ORDER**

Re:   *Christine Donnelly, et al. v. Option One Mortgage Corporation, et al.*
      Civil Action No. 11-7019 (ES)

Dear Counsel:

Before the Court is a motion to remand filed by Plaintiffs Christine and Kevin Donnelly ("Plaintiffs"). (*See* Docket Entry No., "D.E.," 7). Plaintiffs seek to have this matter remanded to the Superior Court of New Jersey, Law Division, Hudson County.

On April 13, 2012, Magistrate Judge Cathy Waldor issued a thoughtful and thorough Report and Recommendation, (D.E. 33), recommending that this Court deny Plaintiffs' motion to remand. Magistrate Judge Waldor advised the parties that they had fourteen days to file and serve any objections to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2), and the parties have not filed any objections.

Notwithstanding the lack of objections, the Court has considered the parties' submissions in support of and in opposition to Plaintiff's motion, as well as Judge Waldor's Report and Recommendation, and for the reasons stated therein,

IT IS on this 2nd day of July 2012,

ORDERED that this Court adopts Judge Waldor's April 13, 2012 Report and Recommendation in full, and thus denies Plaintiff's motion to remand; and it is further

ORDERED that the Clerk of Court shall terminate Docket Entry Nos. 7 and 33.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**